UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CROWN ENTERPRISES, INC., a Michigan
corporation, LAKESHORE DISTRIBUTION,
LLC, a Michigan limited liability company and
HUBER-MANCHESTER INVESTMENTS, LLC,
a Michigan limited liability company,

    Plaintiffs,

vs.

EQUITY INDUSTRIAL PARTNERS CORP.,
a Massachusetts corporation, and DONALD A.
LEVINE and BRUCE LEVINE, both individuals,

    Defendants.

_____/

Case No. 07-CV-14842

Hon. Patrick J. Duggan

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having entered into a Settlement Agreement and stipulated to the relief set for herein, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs or attorneys' fees.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: September 30, 2008  September 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2008, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager

THE UNDERSIGNED HEREBY STIPULATE
TO THE ENTRY OF THE FOREGOING ORDER:

| | |
|---|---|
| CLARK HILL PLC<br>Attorneys for Plaintiffs<br><br>By:  /s/Mahesh K. Nayak<br>  Mahesh K. Nayak (P54867)<br>255 S. Old Woodward Avenue<br>Third Floor<br>Birmingham, Michigan  48009<br>(248) 988-5881 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br><br>By:  /s/I. W. Winsten<br>  I. W. Winsten (P30528)<br>2290 First National Building<br>Detroit, Michigan  48226<br>(313) 465-7608 |

DETROIT.3299335.1